

| | |
|---|---|
| Book | Board Policy Manual |
| Section | 2 - Board of Education |
| Title | Board Meetings: Public Participation at Board of Education Meetings and Petitions to the Board |
| Code | 2:230 |
| Status | Retired |
| Adopted | January 24, 2005 |
| Last Revised | March 3, 2014 |
| Retired | December 12, 2019 |

At each regular and special open meeting, the members of the public and District employees may comment on or ask questions of the Board, subject to reasonable constraints. The individuals appearing before the Board are expected to follow these guidelines:

1. Address the Board only at the appropriate time as indicated on the agenda and when recognized by the Board President.

2. Identify oneself and be brief. Ordinarily, such comments shall be limited to 5 minutes. In unusual circumstances, and when the person has given advance notice of the need to speak for a longer period of time, such person may be allowed to speak for more than 5 minutes.

3. The Board President may shorten or lengthen a person's opportunity to speak.

4. The Board President shall have the authority to determine procedural matters regarding public participation not otherwise defined in Board of Education policy.

5. Conduct oneself with respect and civility toward others and otherwise abide by Board policy, 8:30, Visitors to and Conduct on School Property.

Petitions or written correspondence to the Board shall be presented to the Board of Education at the next regularly scheduled Board meeting.

| | |
|---|---|
| Legal | 105 ILCS 5/10-6 and 5/10-16. |
| Cross References | 2:220* - Board Meetings: Board of Education Meeting Procedure |

**EXHIBIT A**