

| | |
|---|---|
| Book | Board Policy Manual |
| Section | 2 - Board of Education |
| Title | Board Meetings: Public Participation at Board of Education Meetings and Petitions to the Board |
| Code | 2:230 |
| Status | Active |
| Adopted | January 24, 2005 |
| Last Revised | March 3, 2014 |
| Last Reviewed | December 12, 2019 |

For an overall minimum of 30 minutes during each regular and special open meeting, any person may comment to or ask questions of the School Board (public participation), subject to the reasonable constraints established and recorded in this policy's guidelines below.

To preserve sufficient time for the Board to conduct its business, any person appearing before the Board is expected to follow these guidelines:

1. Address the Board only at the appropriate time as indicated on the agenda and when recognized by the Board President.
2. Identify oneself and be brief. Ordinarily, the time for any one person to address the Board during public participation shall be limited to three minutes. In unusual circumstances, and when an individual has made a request to speak for a longer period of time, the person may be allowed to speak for more than five minutes.
3. Observe, when necessary and appropriate, the President's authority to:
    a. Shorten the time for each person to address the Board during public participation to conserve time and give the maximum number of people an opportunity to speak;
    b. Expand the overall minimum of 30 minutes for public participation; and/or
    c. Determine procedural matters regarding public participation not otherwise covered in Board policy.
4. Conduct oneself with respect and civility toward others and otherwise abide by Board policy 8:30, Visitors to and Conduct on School Property.

LEGAL REF.:
5 ILCS 120/2.06, Open Meetings Act.
105 ILCS 5/10-6 and 5/10-16.

CROSS REF.:
2:220 (School Board Meeting Procedure), 8:10 (Connection with the Community), 8:30 (Visitors to and Conduct on School Property)

# EXHIBIT B